LEE N. SMITH (SB #138071)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Plaintiff
ENOCH PACKING COMPANY

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ENOCH PACKING COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TEAM ENTERPRISES, INC., a New Mexico corporation dba ONE HOUR MARTINIZING and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CIV F-98-6359 OWW SMS<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO ACTIVATE CASE AND SET SCHEDULING CONFERENCE** |

Having considered plaintiff Enoch Packing Company's Application to Activate Case and Set Scheduling Conference and finding good cause thereon,

IT IS HEREBY ORDERED:

1. That the matter of Enoch Packing Company v. TEAM Enterprises, Inc., et al., Case No. CIV F-98-6359 OWW SMS, is hereby activated;

2. That a Scheduling Conference will be held on __July 26____, 2006 at _8:45____ a.m. before the Honorable ___Oliver W. Wanger___, Court Room ___3____.

Dated: June 23, 2006                    _/s/ OLIVER W. WANGER_____
                                        Judge of the United States District Court

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

[PROPOSED] ORDER RE *EX PARTE* APP. TO ACTIVATE CASE AND SET SCHEDULING CONFERENCE

-1-

02-17736-A-7F

Portlnd3-1554938.1 0092245-00004

PDF created with pdfFactory trial version www.pdffactory.com