1 **GREBEN & ASSOCIATES**
1231 STATE STREET, SUITE 200
2 SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
3 FACSIMILE: (805) 963-9098

4 Jan A. Greben, State Bar No. 103464
Joseph B. Adams, State Bar No. 194964
5

6 Attorney for Defendant TEAM ENTERPRISES INC.

7

8 UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
9 FRESNO DIVISION

10

| | |
|---|---|
| 11  ENOCH PACKING COMPANY | CASE NO.   1:98-cv-06359 OWW SMS |
| 12                     Plaintiff, | |
| 13          vs. | **STIPULATION AND ORDER** |
| 14  TEAM ENTERPRISES, INC., A New Mexico Corporation,dba ONE HOUR MARTINIZING and DOES 1-100, inclusive, | **Settlement Conference Hearing:**<br>DATE:   November 28, 2006<br>TIME:   10:00 a.m.<br>Before:   Judge Beck |
| 15 | |
| 16                     Defendants. | |

17

18

19      IT IS HEREBY STIPULATED by and between Plaintiff Enoch Packing Company and

20 Defendant Team Enterprises, Inc., through their respective counsel, as to the following:

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1
STIPULATION AND ORDER

The parties request that the Hon. Magistrate Dennis Beck conduct a settlement conference. The parties have agreed, in accordance with Magistrate Beck's calendar, to conduct the settlement conference on December 5, 2006 at 10 am. *

The parties make this request due to previous experience with Magistrate Beck with respect to mediating cases with similar issues.

Dated:       September 25, 2006                    STOEL RIVES LLP


                                                   /s/ Lee Smith
                                                   LEE SMITH
                                                   Counsel for Plaintiff


Dated:       September 15, 2006                    GREBEN & ASSOCIATES


                                                    /s/ Jan A. Greben
                                                   JAN A. GREBEN
                                                   Counsel for Defendant

## ORDER

A Settlement Conference will be held in this case before the Hon. Dennis Beck on **NOVEMBER 28, 2006 at 10:00 a.m. before Judge Beck** ( parties had put  December 5, 2006 at 10 am in this stipulation, but the date was not good with Judge Beck's calendar and they cleared a new date of 11/28/06 with his office).

*IT IS SO ORDERED.*

*Dated:   October 5, 2006              /s/ Sandra M. Snyder*
*icido3*                         *UNITED STATES MAGISTRATE JUDGE*