1  LEE N. SMITH (State Bar No.138071)
   STOEL RIVES LLP
2  770 L Street, Suite 990
   Sacramento, CA  95814
3  Telephone:   (916) 447-0700
   Facsimile:     (916) 447-4781
4
   Attorneys for Plaintiff
5  Enoch Packing Company

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                           FRESNO DIVISION

11  ENOCH PACKING COMPANY,              Case no. CIV F-98-6359 OWW SMS

12                 Plaintiff,

13     v.                                *AMENDED* STIPULATION OF
                                         DISMISSAL
14  TEAM ENTERPRISES, INC., a New
    Mexico corporation dba ONE HOUR
15  MARTINIZING and DOES 1-100,
    inclusive
16
                 Defendants.
17

18        IT IS HEREBY STIPULATED by and between the parties to this action through their

19  designated counsel that the above-captioned action be and hereby is dismissed with prejudice

20  pursuant to FRCP 41(a)(1).  Each party to bear its own attorneys' fees and costs.

21        DATED:  June 25, 2007              STOEL RIVES LLP

22

23                                           By:/s/ LEE N. SMITH
                                                LEE  N. SMITH
24                                              Attorneys for Plaintiff
                                                Enoch Packing Company
25

26

27

28                          *AMENDED* STIPULATION OF DISMISSAL
                                CASE NO. CIV F-98-6359 OWW SMS

Portlnd3-1590775.1 0036496-00001
PDF created with pdfFactory trial version www.pdffactory.com

|    |    |    |
|---|---|---|
| 1  | DATED: June 25, 2007. | LAW OFFICES OF GREBEN & ASSOCIATES |

By: /s/JAN A. GREBEN
    JAN A. GREBEN
    Attorney for Defendant
    TEAM ENTERPRISES

**IT IS SO ORDERED.**

DATED: 6/26/2007

   /s/ Oliver W. Wanger

   JUDGE, UNITED STATES DISTRICT COURT

-2-

***AMENDED* STIPULATION OF DISMISSAL**
**CASE NO. CIV F-98-6359 OWW SMS**

Portlnd3-1590775.1 0036496-00001

PDF created with pdfFactory trial version www.pdffactory.com